■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY PARKER, Also Known as ALVIN WALKER, Appellant. [823 NYS2d 116]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Kings County (Sullivan, J.), imposed November 5, 2004, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Miller, Santucci, Rivera and Lunn, JJ., concur.